**IN THE UNITED STATES COURT OF APPEALS**

**FOR THE FIFTH CIRCUIT**

_____

No. 93-7740
Summary Calendar
_____

WILLIAM E. WARE,

Petitioner-Appellant,

VERSUS

J. STEWART MURPHY,
Probation and Parole Board, et al.,

Respondents-Appellees.

_____

Appeal from the United States District Court
for the Northern District of Mississippi
(3:93-CV-89)

_____

January 12, 1996

Before KING, SMITH, and BENAVIDES, Circuit Judges.

PER CURIAM:[*]


William Ware appeals the dismissal, as frivolous, of his petition for federal habeas corpus relief. He argues that the district court abused its discretion because he was denied due process and the protections of the Ex Post Facto Clause when the interval between his parole hearings was extended.

We have reviewed the record, the district court's order of

---

[*] Pursuant to Local Rule 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in Local Rule 47.5.4.

dismissal, and Ware's contentions.  Finding no reversible error, we AFFIRM.  *See Sandin v. Conner*, 115 S. Ct. 2293 (1995); *Allison v. Kyle*, 66 F.3d 71 (5th Cir. 1995); *Heck v. Humphrey*, 114 S. Ct. 2364 (1994); *Scales v. Mississippi State Parole Bd.*, 831 F.2d 565 (5th Cir. 1987); *Thomas v. Torres*, 717 F.2d 248 (5th Cir. 1983), *cert. Denied*, 465 U.S. 1010 (1984).